# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT

# OPINION

---

THIRD DEPARTMENT, JUNE, 1924.

Before STATE INDUSTRIAL BOARD, Respondent. CARL C. AHLES, Respondent, v. VILLAGE OF CATSKILL, N. Y., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM ATKINSON, Appellant, v. COLLIER'S WEEKLY and Another, Respondents.— Motion granted.

EDWARD W. BROWN and Others, as Trustees of SCHOOL DISTRICT No. 1 OF GILBOA, NEW YORK, Respondents, v. ALONZO P. CROSWELL and Others, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs.

PHEBE M. BENNETT, as Sole Administratrix, etc., of FRED L. BENNETT, Deceased, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY OF BUFFALO, NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs.

BARNEY BELL and Another, Respondents, v. METCALF QUALITY CASH MARKET, INC., Appellant.— Judgment unanimously affirmed, with costs. The court disapproves of the finding of the referee "That on October 17th or 18th defendant notified plaintiffs they were dissatisfied with the lambs." All concur.

Before STATE INDUSTRIAL BOARD, Respondent. GRAZIELLO CAVALLO, Respondent, v. PARSONS & LANTRY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THEODORE M. COX, as Trustee in Bankruptcy of KINGSBURY-LEAHY COMPANY, Bankrupt, Respondent, v. EDWARD W. LEAHY, Individually and as Administrator with the Will Annexed, etc., of JESSIE M. SWEENEY, Deceased, Appellant, and Another.— Motion denied, with ten dollars costs. Hinman, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH E. CUEVAS, JR., Appellant, v. EWING & BACON and Another, Respondents.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. BERTHA CAYWOOD and Others, Respondents, v. SHEPARD ELECTRIC CRANE AND HOIST COMPANY and Another, Appellants.— Motion denied on condition that appellants perfect appeal within thirty days and that payment of compensation begin immediately; otherwise, motion granted.

GABRIEL DE MARTINO, Respondent, v. MARCUS T. REYNOLDS, Appellant.— Judgment and order unanimously affirmed, with costs.

WILLIAM W. DICKSON, Respondent, v. RAYMOND NILES and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.